AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

INGfertility, LLC and BIO-ORIGIN, LLC,

        Plaintiffs,

v.

WISCONSIN PHARMACAL COMPANY, LLC and LAKE CONSUMER PRODUCTS, LLC

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-264-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Second Amended Complaint and the claims therein, be and the same shall be dismissed with prejudice, without costs or attorneys fees to any party hereto. Judgment of dismissal with prejudice is entered and file is closed.

May 29, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer